**Opinion issued June 24, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00131-CV

———————————

### CHANGYI "JOHNNY" CHEN, Appellant

### V.

### BAYLOR COLLEGE OF MEDICINE, Appellee

On Appeal from the 269th District Court
Harris County, Texas
Trial Court Case No. 2022-41407

## MEMORANDUM OPINION

Appellant Changyi "Johnny" Chen has filed an unopposed motion for voluntary dismissal of this appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Accordingly, we grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.